IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RICKEY LOGAN                                                  PLAINTIFF

v.                        No. 2:05CV00122 GH

UNITED PARCEL SERVICE                        DEFENDANT

### **ORDER**

Plaintiff's August 10th motion (#7) for appointment of counsel is hereby referred to the Magistrate Judge for disposition.

IT IS SO ORDERED this 11th day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE