IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**RICKEY LOGAN**                                                            **PLAINTIFF**

VS.                     CIV. NO. 2:05-CV-00122 GH

**UNITED PARCEL SERVICE, INC.**                               **DEFENDANTS**

### ORDER

The Court, having considered the Motion for Admission *Pro Hac Vice* of Defendant United Parcel Service, Inc. ("UPS"), finds that the Motion should be GRANTED.

It is, therefore, ORDERED, ADJUDGED, AND DECREED that Monica G. Johnson is admitted *pro hac vice* to appear on behalf of UPS in the above-styled matter. The provision of Local Rule 83.5 requiring the designation of a member of the Bar of this Court who maintains an office in Arkansas with whom opposing counsel may readily communicate regarding the conduct of the case is hereby waived.

Entered this  13  day of  October , 2005.

George Howard, Jr.
UNITED STATES DISTRICT JUDGE

1124333.1